DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRISNER JEAN BROYES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1094

[March 6, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562020CF001370A.

Carey Haughwout, Public Defender, and Robert G. Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

GERBER, J.

The defendant raises two arguments on appeal: (1) the circuit court erred in revoking the defendant's probation and finding willful and substantial violations of probation based on insufficient evidence; and (2) the written judgment incorrectly indicates the defendant admitted to violating his probation, when in reality the defendant had denied the allegations and was found guilty of the violations.

On the first argument, we affirm without discussion. On the second argument, the state concedes error, with which we agree. We remand for the circuit court to correct the written judgment's scrivener's error. The defendant need not be present for this ministerial correction. *Cf. Sirota v. State*, 977 So. 2d 700, 701 (Fla. 4th DCA 2008) ("The judgment entered in this case contains a scrivener's error showing that appellant entered a plea of guilty. In actuality, appellant entered a plea of not guilty and was convicted following a jury trial. We remand for correction of the scrivener's error. Appellant need not be present for this correction.") (internal citation omitted).

*Affirmed on merits; remanded to correct scrivener's error in judgment.*

DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**